MEMORIAL GARDENS ASSOCIATION, INC., ET AL.
*v.* SMITH, AUDITOR OF PUBLIC ACCOUNTS
OF ILLINOIS, ET AL.

No. 288.   Decided October 19, 1959.

*C. Severin Buschmann* and *Roy P. Hull* for appellants.

*Grenville Beardsley,* Attorney General of Illinois, and *William C. Wines, Raymond S. Sarnow* and *A. Zola Groves,* Assistant Attorneys General, for appellees.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.